# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

      v.

BRAHEEN ALPHONSO ACRES,

      Petitioner

:  No. 276 WAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.